IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO RUESGA,<br><br>Defendant. | **ORDER DENYING WITHOUT PREJUDICE PRO SE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Case No. 2:09-cr-00849-1<br><br>Chief Judge Robert J. Shelby |

Before the court is Fernando Ruesga's Pro Se Motion for Early Termination of Supervised Release (Motion).[1] Ruesga was initially sentenced for conspiracy to distribute a controlled substance to 180 months' imprisonment (amended to 151 months), and a sixty-month term of supervised release. Now having completing nearly fourteen months of supervised release, he requests that his supervised release term be terminated.

The court has carefully reviewed Ruesga's Motion and the Report on Offender under Supervision (Report) United States Probation prepared in response to it, and sincerely commends Ruesga on the consistent efforts he has made to better his life since he has been released from prison. But for the reasons stated in the Report, the court DENIES Ruesga's Motion[2] and request for early termination of his term of supervised release. These reasons include:

- A significant criminal history.
- The concerning nature of the convicted offense.

---

[1] Dkt. 221.

[2] *Id.*

1

- The relatively short period of supervised release, considering the term's sixty-month length.

For these reasons, and under 18 U.S.C. §§ 3564(c) and 3583(e)(1), additional supervised release is warranted.

But the court invites Ruesga to file a renewed Motion for Early Termination of Supervised Release when he has completed half of his sixty-month term.

SO ORDERED this 13th day of September, 2018.

BY THE COURT

_____
Chief Judge Robert J. Shelby